IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BASCOM RESEARCH, LLC**, a Virginia limited liability company, ) ) ) | |
| Plaintiff, ) ) | **Civil Action No. 1:12-cv-01113 (LMB/JFA)** |
| v. ) ) | |
| **NOVELL, INC.**, a Delaware corporation, ) ) | |
| Defendant. ) | |

### DEFENDANT NOVELL, INC.S' MOTION TO ADOPT AND JOIN IN JOINT TRANSFER MOTION FILED IN RELATED CASE PURSUANT TO 28 U.S.C. § 1404(a)

Defendant Novell, Inc. ("Novell") respectfully moves the Court to permit Novell to adopt and join in the joint transfer motion filed in related Case No. 1:12-cv-1111, which asks this Court to transfer Plaintiff Bascom Research, LLC's ("Bascom Research's") claims against Defendants Jive, Facebook, Inc., LinkedIn Corp., BroadVision, Inc., and Novell, Inc. (collectively, "Defendants") to the U.S. District Court for the Northern District of California.

### PROCEDURAL BACKGROUND

To date, Bascom Research has filed five separate actions in the Eastern District of Virginia asserting infringement of the same three patents against each of the five Defendants (plus one more patent against Facebook, Inc. and LinkedIn Corporation). All five cases were filed on October 3, 2012. *See* Case Nos. 1:12-cv-1111; 1:12-cv-1112; 1:12-cv-1113; 1:12-cv-1114; 1:12-cv-1115 (collectively, "Bascom Cases").

All Defendants are jointly seeking to transfer their respective cases to the Northern District of California. For the convenience of the Court, and with the Court's permission, the complete set of motion papers for Defendants' Joint Motion To Transfer Venue Pursuant To 28

U.S.C. § 1404(a) (hereinafter, "Joint Transfer Motion") was filed in only one of the Bascom Cases by Defendant Facebook, Inc. in Case No. 1:12-cv-01111.  Novell hereby moves to adopt the Joint Transfer Motion, together with its supporting papers, in the instant action.  *See* Case No. 1:12-cv-1111 (Doc. 25 & 26).

## ARGUMENT

In the Joint Transfer Motion, Defendants respectfully move this Court for an order transferring the Bascom Cases to the Northern District of California pursuant to 28 U.S.C. § 1404(a).  As set forth in detail in the Joint Transfer Motion, supporting memorandum, and accompanying declarations, the Northern District of California is "clearly more convenient" than this District because:

- The plaintiff Bascom Research is a non-practicing entity with no meaningful connections to this District;

- Novell is headquartered in Provo, Utah—to which Northern California is much more convenient than Eastern Virginia—and that is where Novell's witnesses, documents, and information, both technical and economic, are primarily located;

- The other four Defendants are headquartered in the Northern District of California;

- There are no known relevant Novell witnesses or documents located in this District;

- There are no known, likely non-party witnesses in this District.  In contrast, there are at least 71 known non-party witnesses in the Northern District of California who are inventors or authors of prior art references cited on the face of the patents-at-issue.

Rather than burden the Court with additional argument, Novell here seeks to incorporate by reference and adopt the arguments made in the Joint Transfer Motion with respect to these factors.

## CONCLUSION

For the above and foregoing reasons, Novell respectfully requests that this Court permit Novell to adopt and join in the Joint Transfer Motion filed on behalf of all five Defendants in Case No. 1:12-cv-1111.

**DATED** this 8th day of November, 2012.   Respectfully submitted,

      /s/  *Craig C. Reilly*
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL:       (703) 549-5354
FAX:       (703) 549-2604
E-MAIL:  craig.reilly@ccreillylaw.com

Sterling A. Brennan (*admitted pro hac vice*)
WORKMAN NYDEGGER
20 Pacifica, Suite 1130
Irvine, California 92618
TEL:       (949) 202-1900
FAX:       (949) 453-1104
E-MAIL:  sbrennan@wnlaw.com

L. Rex Sears (*admitted pro hac vice*)
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
TEL:       (801) 533-9800
FAX:       (801) 321-1707
E-MAIL:  rsears@wnlaw.com

*Attorneys for Defendant NOVELL, INC.*

- 4 -

**CERTIFICATE OF SERVICE**

I certify that on November 8, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel for Bascom Research, LLC:

>William Boyle Porter
>John A.C. Keith
>BLANKINGSHIP & KEITH PC
>4020 University Drive, Suite 300
>Fairfax, Virginia  22030
>*wporter@blankeith.com*
>*jkeith@blankkeith.com*

>    /s/  Craig C. Reilly
>Craig C. Reilly VSB # 20942
>111 Oronoco Street
>Alexandria, Virginia 22314
>TEL:        (703) 549-5354
>FAX:        (703) 549-2604
>E-MAIL:   craig.reilly@ccreillylaw.com
>*Counsel for Defendant Novell, Inc.*