1  Sterling A. Brennan (CA State Bar No. 126019)
     *sbrennan@mabr.com*
2  L. Rex Sears (Admitted *Pro Hac Vice*)
     *rsears@mabr.com*
3  Jared J. Braithwaite (CA State Bar No. 288642)
     *jbraithwaite@mabr.com*
4  MASCHOFF BRENNAN
   20 Pacifica, Suite 1130
5  Irvine, California 92618
   Telephone:    (949) 202-1900
6  Facsimile:    (949) 453-1104

7  Attorneys for Defendant and Counterclaimant NOVELL, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NOVELL, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:12-cv-06295-SI<br><br>Judge Susan Illston<br>Department 10<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:   October 3, 2012<br>Trial Date:            Not Assigned |

STIPULATED REQUEST FOR
ORDER CHANGING TIME

CASE NO.: 3:12-CV-06295-SI

Pursuant to Civil L.R. 6-2, Plaintiff and counter-defendant Bascom Research, LLC ("Bascom") and defendant and counterclaimant Novell, Inc. ("Novell") stipulate to extend the deadlines for upcoming litigation events as follows:

| Event | New Deadline |
|---|---|
| Pat. L.R. 3-3. Invalidity Contentions Pat. L.R. 3-4. Document Production Accompanying Invalidity Contentions. | June 12, 2013 |
| Novell's responses to Bascom's first set of interrogatories and first set of requests for production | June 17, 2013 |
| Pat. L.R. 4-1. Exchange of Proposed Terms for Construction. | June 26, 2013 |
| Pat. L.R. 4-2. Exchange of Preliminary Claim Constructions and Extrinsic Evidence | July 17, 2013 |
| Pat. L.R. 4-3. Joint Claim Construction and Prehearing Statement | August 11, 2013 |
| Pat. L.R. 4-4. Completion of Claim Construction Discovery (including depositions of experts who submitted declarations in support of claim construction positions) | August 26, 2013 (to coincide with opening claim construction brief) |

This request is to facilitate discussion and cooperation between the parties and to allow for resolution of certain matters without judicial intervention.

Since the Court's Case Management Conference, no stipulations or orders modifying case deadlines have been filed in this case.

The extended deadlines primarily relate to disclosures between the parties, and the extended filing deadlines will not impact the Court's calendar with respect to hearing dates or trial in the above-captioned action or the related actions.

Pursuant to Civil L.R. 7-12, a proposed form of order and endorsement of the forgoing stipulation appears below.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 8, 2013 | Respectfully submitted, |
| 3 | | /s/ *Jared J. Braithwaite* |
| 4 | | Sterling A. Brennan (CA Bar No. 126019)<br>  *sbrennan@mabr.com* |
| 5 | | L. Rex Sears (*admitted pro hac vice*)<br>  *rsears@mabr.com* |
| 6 | | Jared J. Braithwaite (CA Bar No. 288642)<br>  *jbraithwaite@mabr.com* |
| 7 | | MASCHOFF BRENNAN<br>20 Pacifica, Suite 1130 |
| 8 | | Irvine, CA 92618<br>Telephone: (949) 242-1900<br>Facsimile:  (949) 453-1104 |
| 9 | | |
| 10 | | Attorneys for Defendant and<br>Counterclaimant NOVELL, INC. |
| 11 | DATED: May 8, 2013 | /s/ *James Hannah* |
| 12 | | Paul Andre (CA Bar No. 196585)<br>  *pandre@kramerlevin.com* |
| 13 | | Lisa Kobialka (CA State Bar No. 191404)<br>  *lkobialka@kramerlevin.com* |
| 14 | | James Hannah (CA Bar No. 237978)<br>  *jhannah@kramerlevin.com* |
| 15 | | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road |
| 16 | | Menlo Park, California 94025<br>Telephone: (650) 752-1700<br>Facsimile:  (650) 752-1800 |
| 17 | | |
| 18 | | Attorneys for Plaintiff and<br>Counterdefendant BASCOM RESEARCH, LLC |

19  I attest that I have confirmation that counsel for Bascom Research, LLC concur in the

20  filing of this document.        /s/ *Jared J. Braithwaite*

21                                   Jared J. Braithwaite

22    PURSUANT TO STIPULATION, IT IS SO ORDERED,

23

24  DATED:  _____5/9/13_____       *[signature]*

25                                   Judge Susan Illston

26

27

28

STIPULATED REQUEST FOR                               CASE NO.: 3:12-CV-06295-SI
ORDER CHANGING TIME                                                            3