| | |
|---|---|
| 1 | Sterling A. Brennan (CA State Bar No. 126019) |
|   |    *sbrennan@mabr.com* |
| 2 | L. Rex Sears (Admitted *Pro Hac Vice*) |
|   |    *rsears@mabr.com* |
| 3 | Jared J. Braithwaite (CA State Bar No. 288642) |
|   |    *jbraithwaite@mabr.com* |
| 4 | MASCHOFF BRENNAN |
|   | 20 Pacifica, Suite 1130 |
| 5 | Irvine, California 92618 |
|   | Telephone:   (949) 202-1900 |
| 6 | Facsimile:   (949) 453-1104 |
| 7 | Attorneys for Defendant and Counterclaimant NOVELL, INC. |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia Limited Liability Company, | Case No.: 3:12-cv-06295-SI |
| | Judge Susan Illston |
| Plaintiff, | Courtroom No. 10 |
| v. | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| NOVELL, INC., a Delaware Corporation, | |
| Defendant. | Complaint Filed:   October 3, 2012 |
| | Trial Date:   Not Assigned |

1  Plaintiff and counterdefendant Bascom Research, LLC and defendant and
2  counterclaimant Novell, Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby jointly move the
3  above-entitled Court for an order dismissing all claims and counterclaims in the above-entitled
4  action as between them WITH PREJUDICE, subject to the terms of that certain agreement dated
5  July 15, 2013, with each party to bear its own costs, expenses, and attorneys' fees.

6  DATED:  July 18, 2013                Respectfully submitted,

7                                       /s/ *L. Rex Sears*
                                        ———————————————
8                                       Sterling A. Brennan (CA Bar No. 126019)
                                             sbrennan@mabr.com
9                                       L. Rex Sears (*admitted pro hac vice*)
                                             rsears@mabr.com
10                                      Jared J. Braithwaite (CA Bar No. 288642)
                                             jbraithwaite@mabr.com
11                                      MASCHOFF BRENNAN
                                        20 Pacifica, Suite 1130
12                                      Irvine, CA 92618
                                        Telephone: (949) 242-1900
13                                      Facsimile:  (949) 453-1104

14                                      Attorneys for Defendant and
                                        Counterclaimant NOVELL, INC.

15 DATED:  July 18, 2013                /s/ *Lisa Kobialka*
                                        ———————————————
16                                      Paul Andre (CA Bar No. 196585)
                                             pandre@kramerlevin.com
17                                      Lisa Kobialka (CA State Bar No. 191404)
                                             lkobialka@kramerlevin.com
18                                      James Hannah (CA Bar No. 237978)
                                             jhannah@kramerlevin.com
19                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        990 Marsh Road
20                                      Menlo Park, California 94025
                                        Telephone: (650) 752-1700
21                                      Facsimile:  (650) 752-1800

22                                      Attorneys for Plaintiff and
                                        Counterdefendant BASCOM RESEARCH, LLC

23 I attest that I have confirmation that counsel for Bascom Research, LLC concur in the filing of
24 this document.                       /s/ *L. Rex Sears*
                                        ———————————————
25                                      L. Rex Sears

26
27
28

STIPULATED MOTION FOR DISMISSAL                          CASE NO.: 3:12-CV-06295-SI
WITH PREJUDICE AND [PROPOSED] ORDER                                              2

**[PROPOSED] ORDER**

CAME ON THIS DAY for consideration of the "Stipulated Motion for Dismissal with Prejudice" ("Stipulated Motion") of all claims and counterclaims asserted between plaintiff and counterdefendant Bascom Research, LLC ("Bascom") and defendant and counterclaimant Novell, Inc. ("Novell") in the above-entitled action (the "Action"), and the Court being of the opinion that the Stipulated Motion should be GRANTED,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. All claims and counterclaims asserted in the Action between Bascom and Novell are hereby dismissed in their entirety with prejudice, subject to the terms of that certain agreement dated July 15, 2013 ("Agreement");

2. All attorneys' fees and costs are to be borne by the party that incurred them; and

3. This Court shall retain jurisdiction to enforce the Agreement.

DATED: _____

                                                 Hon. Judge Susan Illston
                                               United States District Judge