Sterling A. Brennan (CA State Bar No. 126019)
    *sbrennan@mabr.com*
L. Rex Sears (Admitted *Pro Hac Vice*)
    *rsears@mabr.com*
Jared J. Braithwaite (CA State Bar No. 288642)
    *jbraithwaite@mabr.com*
MASCHOFF BRENNAN
20 Pacifica, Suite 1130
Irvine, California 92618
Telephone:    (949) 202-1900
Facsimile:    (949) 453-1104

Attorneys for Defendant and Counterclaimant NOVELL, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>NOVELL, INC., a Delaware Corporation,<br><br>    Defendant. | Case No.: 3:12-cv-06295-SI<br><br>Judge Susan Illston<br>Courtroom No. 10<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:    October 3, 2012<br>Trial Date:    Not Assigned |

STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE AND [PROPOSED] ORDER

CASE NO.: 3:12-CV-06295-SI

1        Plaintiff and counterdefendant Bascom Research, LLC and defendant and

2   counterclaimant Novell, Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby jointly move the

3   above-entitled Court for an order dismissing all claims and counterclaims in the above-entitled

4   action as between them WITH PREJUDICE, subject to the terms of that certain agreement dated

5   July 15, 2013, with each party to bear its own costs, expenses, and attorneys' fees.

6   DATED:  July 18, 2013              Respectfully submitted,

7                               /s/ *L. Rex Sears*

8                               Sterling A. Brennan (CA Bar No. 126019)
                                 *sbrennan@mabr.com*

9                               L. Rex Sears (*admitted pro hac vice*)
                                 *rsears@mabr.com*

10                             Jared J. Braithwaite (CA Bar No. 288642)
                                 *jbraithwaite@mabr.com*

11                             MASCHOFF BRENNAN
                             20 Pacifica, Suite 1130

12                             Irvine, CA 92618
                             Telephone: (949) 242-1900

13                             Facsimile:  (949) 453-1104

14                             Attorneys for Defendant and
                             Counterclaimant NOVELL, INC.

15   DATED:  July 18, 2013             /s/ *Lisa Kobialka*

16                             Paul Andre (CA Bar No. 196585)
                                 *pandre@kramerlevin.com*

17                             Lisa Kobialka (CA State Bar No. 191404)
                                 *lkobialka@kramerlevin.com*

18                             James Hannah (CA Bar No. 237978)
                                   *jhannah@kramerlevin.com*

19                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                             990 Marsh Road

20                             Menlo Park, California 94025
                             Telephone: (650) 752-1700

21                             Facsimile:  (650) 752-1800

22                             Attorneys for Plaintiff and
                             Counterdefendant BASCOM RESEARCH, LLC

23   I attest that I have confirmation that counsel for Bascom Research, LLC concur in the filing of

24   this document.                   /s/ *L. Rex Sears*

25                             L. Rex Sears

26

27

28

**[PROPOSED]  ORDER**

CAME ON THIS DAY for consideration of the "Stipulated Motion for Dismissal with Prejudice" ("Stipulated Motion") of all claims and counterclaims asserted between plaintiff and counterdefendant Bascom Research, LLC ("Bascom") and defendant and counterclaimant Novell, Inc. ("Novell") in the above-entitled action (the "Action"), and the Court being of the opinion that the Stipulated Motion should be GRANTED,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1.      All claims and counterclaims asserted in the Action between Bascom and Novell are hereby dismissed in their entirety with prejudice, subject to the terms of that certain agreement dated July 15, 2013 ("Agreement");

2.      All attorneys' fees and costs are to be borne by the party that incurred them; and

3.      This Court shall retain jurisdiction to enforce the Agreement.

DATED: ____7/18/13_____      _____
                                                               Hon. Judge Susan Illston
                                                               United States District Judge